UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES VILLALOBOS,<br><br>        Plaintiff,<br><br>  v.<br><br>AMERICAN EAGLE INT GROUP, LLC et al.,<br><br>        Defendants. | Case No. 2:23-cv-09104-SB-AJR<br><br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

Defendants American Eagle Int Group, LLC and Baseer Abed were served on November 9, 2023, and their responsive pleadings were due November 30, 2023.  Dkt. Nos. 11, 12.  Defendants have failed to respond, and Plaintiff has not sought entry of default.  Plaintiff is ordered to show cause, in writing, no later than December 8, 2023, why this action should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before December 8, 2023, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendants.

        IT IS SO ORDERED.


Date: December 1, 2023                    _____
                                                                  Stanley Blumenfeld, Jr.
                                                              United States District Judge

1